NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-7110

DENNIS J. LAROCHE,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

N. Albert Bacharach, Jr., N. Albert Bacharach, Jr., P.A., of Gainesville, Florida, argued for claimant-appellant.

John J. Todor, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director. Of counsel on the brief were David J. Barrans, Deputy Assistant General Counsel, and Jane C. Kang, Attorney, Office of the General Counsel, United States Department of Veterans Affairs, of Washington, DC.

Appealed from: United States Court of Appeals for Veterans Claims

Judge Ronald M. Holdaway

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-7110

DENNIS J. LAROCHE,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

# Judgment

ON APPEAL from the     United States Court of Appeals for Veterans Claims

in CASE NO(S).          07-3392

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (LINN and PROST, Circuit Judges and ARTERTON, District Judge*).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED February 10, 2009         /s/ Jan Horbaly
                                Jan Horbaly, Clerk

* Honorable Janet B. Arterton, United States District Court for the District of Connecticut, sitting by designation.